

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

One Liberty Plaza
New York, NY
10006-1404
T: 212-412-9500
F: 212-964-9200
www.fzwz.com

November 22, 2017

CRAIG S. KESCH
(212) 412-9522
ckesch@fzwz.com

**VIA ECF**
Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *MT.DERM GmbH and Nouveau Cosmetique USA, Inc. v.*
              *Oreladel BH Corp. (d/b/a NPM International New-York USA)*,
              Case No. 17-cv-06301 (CBA) (PK)

Dear Judge Amon:

    This firm represents Plaintiffs in the above-referenced matter. Defendant has requested a 30-day extension of time to answer or otherwise respond to the Complaint in this matter. Plaintiffs consent to the request, which is the first such request.

    Defendant's response to the Complaint is currently due on November 24, 2017. If the 30-day extension is granted, Defendant's response to the Complaint will be due on or before December 24, 2017.

                                            Respectfully submitted,

                                           Craig S. Kesch

1133050/13498